Case 2:08-cv-02284-ODW-OP Document 13 Filed 06/05/09 Page 1 of 2 Page ID #:99

O

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO GARCIA, | ) | Case No. CV 08-2284-ODW (OP) |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) ) | |
| JOSEPH WOODRING, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3)
directing that Judgment be entered dismissing this action for lack of jurisdiction.

DATED: June 5, 2009            _____
                               HONORABLE OTIS D. WRIGHT, II
                               United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge