O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO GARCIA, | ) | Case No. CV 08-2284-ODW (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH WOODRING, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered dismissing this action for lack of jurisdiction.

DATED: June 5, 2009

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge